# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

FRANCISCO ALFARO,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03563-RFB-EJY

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Francisco Alfaro, has another habeas proceeding pending in this District in which he is represented by counsel: Francisco Alfaro-Villegas v. Markwayne Mullin, No. 2:26-cv-02228-ART-DJA.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **November 9, 2026**, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceeding.

Alternatively, on or before **November 9, 2026**, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceeding.

The Court will send a courtesy copy of this Order to Petitioner's attorney in his 2:26-cv-02228-ART-DJA case via CM/ECF at the provided address:help@azteclegalgroup.com.

**DATED:** October 30, 2026

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**